# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 4, 2011

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

138863(123)

ANGLERS OF THE AuSABLE, INC.,
MAYER FAMILY INVESTMENTS, LLC,
and NANCY A. FORCIER TRUST,
      Plaintiffs-Appellants,

v

DEPARTMENT OF ENVIRONMENTAL
QUALITY, DIRECTOR OF THE
DEPARTMENT OF ENVIRONMENTAL
QUALITY, and MERIT ENERGY COMPANY,
      Defendants-Appellees.

_____

SC: 138863-138866
COA: 279301, 279306, 280265,
     280266
Otsego CC: 06-011697-CE

      On order of the Chief Justice, the motion by the Michigan Manufacturers Association for leave to file a brief *amicus curiae* in support of the motions for rehearing is considered and it is granted.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 4, 2011

_____
Clerk